# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THEDA COOPER**, | No. 2:23-cv-02491-KES-SKO |
| Plaintiff, | |
| v. | **ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE** |
| **SANOFI-AVENTIS U.S. LLC**, | **(Doc. 23)** |
| Defendant. | |

On January 29, 2025, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 23.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **January 30, 2025**            */s/ Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE